OPINION — AG — ** HIRING OF ARCHITECT — UNIVERSITY OF OKLAHOMA ** HOUSE BILL NO. 1503, NOW 61 O.S. 61 [61-61], 61 O.S. 62 [61-62], 61 O.S. 63 [61-63], 61 O.S. 64 [61-64] APPLIES TO THE BOARD OF REGENTS OF THE UNIVERSITY OF OKLAHOMA. (EMPLOYMENT OF ARCHITECT, PLANNING SERVICES, PUBLIC IMPROVEMENTS) CITE: ARTICLE XIII, SECTION 8, 70 O.S. 3301 [70-3301], 70 O.S. 3311 [70-3311], 70 O.S. 3305 [70-3305] (TODD MARKUM)